In the Matter of the Petition of JOHN W. DE PEYSTER
TO VACATE AN ASSESSMENT FOR BUILDING A SEWER.

*New York city, assessments in — the department of public works is not deprived*
*by chapter 335 of 1873 of the authority over the construction of sewers given by*
*chapter 137 of 1870.*

APPEAL from an order made at Special Term, denying a
motion of the petitioner above named to vacate an assessment in
the above matter.

The court at General Term said : " We deem the decision of the
Special Term correct within the doctrine established by the case
*In the Matter of Zborowski* (68 N. Y., 88). That case embraces
substantially the questions which are presented by this appeal, with
one exception, viz. : whether the charter of 1873, chapter 335
(Laws 1873), has changed the law, so as to deprive the department
of public works of the authority which it possessed in regard to the
construction of sewers under the charter of 1870, chapter 137. We
are satisfied, from an examination of the statutes referred to, that
no such change was intended, or accomplished by the Legislature.
The one hundred and eighteenth section of the statute of 1873
contains the following significant declaration : " The several depart-
ments shall continue to possess the same powers, and perform the
same duties as heretofore, except as herein otherwise provided."
We fail to discover any provision of the charter of 1873 which
deprives the department of public works of the authority which it
possessed, in this respect, under the charter of 1870. We there-
fore regard the decision above cited decisive of this appeal, and
consequently the order must be affirmed, with costs and disburse-
ments.

*Elliott Sandford*, for the appellant. *Hugh L. Cole* and *J. A.
Beall*, for the mayor, etc., respondent.

Opinion by INGALLS, J. ; BRADY, P. J., and DANIELS, J., con-
curred.

Order affirmed, with costs and disbursements.